UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00200-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

STELLA M. CHAPMAN,

       Defendant.

## ORDER

This matter comes before the Court on Defendant's Motion for Medical Examination (Doc. #22), requesting an order for an evaluation to determine the mental competency of the defendant pursuant to 18 U.S.C. § 4241(a). Defendant's motion has been granted.

Pursuant to this motion and the Court's authority under 18 U.S.C. § 4241 (b), Linda Starbird, Ph.D., a licensed psychologist, is appointed to perform a psychological evaluation of the defendant, Stella Chapman. The Court is informed that the government does not object to the appointment of Dr. Starbird. Ms. Chapman shall submit to an examination by Dr. Starbird at her office, 518 28 Road, A207, Grand Junction, Colorado, 81501, for the purpose of determining her competency to proceed in this case.

Pursuant to 18 U.S.C. § 4247, the Court orders that the examination and report be completed and sent to the Court within 45 days of this Order. Copies shall be provided to defense counsel and to the attorney for the Government. Defense counsel shall provide Dr. Starbird with copies of any records or reports are necessary for the evaluation.

DATED This 28th day of March, 2011.

                                            **BY THE COURT:**

*[Signature: Marcia S. Krieger]*

                                            Marcia S. Krieger
                                            United States District Judge